**CAPSTONE LAW APC**
Cody R. Padgett (SBN 275553)
Cody.Padgett @ capstonelawyers.com
Melissa Grant (SBN 205633)
Melissa.Grant @ capstonelawyers.com
Shahin Rezvani (SBN 199614)
Shahin.Rezvani @ capstonelawyers.com
Majdi Hijazin (*pro hac vice*)
Majdi.Hijazin @ capstonelawyers.com
Abigail Gertner (pro hac vice)
Abigail.Gertner @ capstonelawyers.com
Nathan N. Kiyam (SBN 317677)
Nate.Kiyam @ capstonelawyers.com
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:     (310) 556-4811
Facsimile:     (310) 943-0396

Attorneys for Plaintiff
INSURANCE KING AGENCY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE KING AGENCY, INC., an Illinois corporation, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASK MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 3:24-cv-09509-TLT<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i) and (a)(1)(B)** |

TO THE HONORABLE JUDGE AND CLERK OF THE ABOVE-CAPTIONED COURT, DEFENDANT ASK MEDIA GROUP, LLC, AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Insurance King Agency, Inc. hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (a)(1)(B). Defendant has not served an answer, Defendant has not served a motion for summary judgement, and the Court has not certified any class.

PLEASE TAKE FURTHER NOTICE THAT the United States Patent and Trademark Office cancelled Registration Nos. 4628341 and 4628343. Insurance King Agency, Inc. is applying to the USPTO for re-registration of its marks.

Dated:  June 12, 2025

Respectfully submitted,

Capstone Law APC

By: /s/ *Shahin Rezvani*
Cody R. Padgett
Melissa Grant
Shahin Rezvani
Majdi Hijazin
Abigail Gertner
Nathan N. Kiyam

*Attorneys for Plaintiff*
INSURANCE KING AGENCY, INC.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE